IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INFORMATION |
| v. | Case No. 15 CR 114 JDP |
| MATTHEW R. PHILLIPS, | 18 U.S.C. § 2252(a)(2) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

On or about October 14, 2014, in the Western District of Wisconsin, the defendant,

MATTHEW R. PHILLIPS,

knowingly received a visual depiction that had previously been transported in interstate and foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and the depiction was of such conduct, specifically, the defendant received a visual depiction of the lascivious exhibition of the genitals of KV#1 transmitted via text message using a cellular telephone.

(All in violation of Title 18, United States Code, Section 2252(a)(2)).

### FORFEITURE ALLEGATION

As a result of the offense charged in Count 1 of this indictment, and upon conviction for violating Title 18, United States Code, Sections 2252(a)(2), the defendant,

MATTHEW R. PHILLIPS,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253, his right, title, and interest in the following:

(1) Any and all visual depictions which contain images which are or appear to be child pornography, together with the storage media in which they are contained; and

(2) any and all property used or intended to be used to commit or to promote the commission of the aforementioned offense, including property specifically described as a Samsung Galaxy S4, IMEI: 990003431614375.

_____Sept 9, 2015_____  _____[signature]_____
Date                                              JOHN W. VAUDREUIL
                                                         United States Attorney