# COURTROOM MINUTES
# ARRAIGNMENT/PLEA HEARING

DATE: 10/22/2015   DAY: Thursday   START TIME: 1:07 PM   END TIME: 1:32 PM
JUDGE/MAG.: Peterson   CLERK: Nelson   REPORTER: CS
PROBATION OFFICER: R. Williams   INTERPRETER: _____   SWORN: YES ☐ NO ☐
CASE NUMBER: 15-cr-114-jdp   CASE NAME: USA v. Matthew R. Phillips

**APPEARANCES:**
ASST. U.S. ATTY.: Elizabeth Altman   DEFENDANT ATTY.: Joseph Aragorn Bugni

DEFENDANT PRESENT: YES ☒ NO ☐

**OFFENSE INFORMATION:**
MAXIMUM PENALTY: CT(S) 1 ; 20 YR(S) IMPRISONMENT; $250,000 FINE;
life YEAR(S) SUPERVISED RELEASE; $100 SPECIAL ASSESSMENT; ☒ RESTITUTION.
DEFENDANT AGE: 37   ☐ INDICTMENT/INFORMATION READ   ☒ DEFENDANT WAIVES READING

**PLEA:**
- ☒ GUILTY          ☒ DEFENDANT SWORN
- ☐ NOT GUILTY      ☒ PLEA ACCEPTED AS KNOWING AND VOLUNTARY
- ☐ NO CONTEST      ☒ DEFT. ADJUDGED GUILTY BY COURT
- ☐ MUTE

**TRIAL SCHEDULE:**
JURY SEL./TRIAL: _____   TRIAL ESTIMATE: _____ DAYS
PTMH/EVID. HRG.: _____   MOTIONS DUE: _____
FPTC: _____   FPTC SUBMISSIONS: _____
FINAL HEARING: _____

**SENTENCING SCHEDULE:**
PRESENTENCE REPORT DUE: 12/09/15   OBJECTIONS DUE: 12/14/15
SENTENCING: 12/21/2015 at 11:00 AM

**RELEASE/DETENTION:**
- ☐ ORDER SETTING CONDITIONS OF RELEASE ENTERED/AFFIRMED.
- ☒ DEFENDANT DETAINED PENDING TRIAL/SENTENCING.
- ☐ DEFENDANT TEMPORARILY DETAINED; DETENTION HEARING: _____

**NOTES:**

TOTAL COURT TIME: 25"