

U.S. Department of Justice

*John W. Vaudreuil*
*United States Attorney*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Main Facsimile 608/264-5172*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

Address:
222 W. Washington Avenue
Suite 700
Madison, Wisconsin 53703

December 18, 2015

Honorable James D. Peterson
United States District Judge
Western District of Wisconsin
120 North Henry Street
Madison, WI 53703

     Re:    *United States v. Matthew R. Phillips*
            Case No. 15-cr-00114-jdp

Dear Judge Peterson:

    The United States believes the sentencing guideline range was properly calculated and the production cross-reference was properly applied. We do, however, believe that a variance is warranted, and agree with the defendant that a five-year prison sentence is appropriate in this case for the reasons set forth below.

    While the production cross-reference applies, this case is different from the typical production case this office typically prosecutes in fairly significant ways. Ordinarily we see hands-on assault, consistent and extensive viewing and seeking out children and child pornography, and extensive collections of child pornography. None of these things are present in this case.

    Thank you for your consideration in this matter.

                                          Very truly yours,

                                          JOHN W. VAUDREUIL
                                          United States Attorney

                      By:        /s/
                                            ELIZABETH ALTMAN
                                          Assistant United States Attorney

ecf:    Attorney Joseph Bugni